FILED

+ Entered

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JOSEPH DOWNEY WADE,

                Plaintiff,

   v.                                       Civil No. 01-6178-HO

STATE OF OREGON, UNIVERSITY OF OREGON,
JOHN MOSELEY,

                Defendants.

## JUDGMENT

This action is dismissed with prejudice.

Dated: June 27, 2002.

Donald M. Cinnamond, Clerk

by _/s/ Christy Weller_
      Christy Weller, Deputy

**JUDGMENT**                      **DOCUMENT NO:** _20_