HARDY MYERS
Attorney General
AARON SPRAGUE  #06228
Senior Assistant Attorney General
ELIZABETH K. BONUCCI #06322
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: aaron.sprague@doj.state.or.us
         elizabeth.bonucci@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSEPH DOWNEY WADE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON; UNIVERSITY OF OREGON; and JOHN MOSELEY, in his official and individual capacities,<br><br>Defendants. | Case No. 01-6178-HO<br><br>AFFIDAVIT OF DR. CHARLES MARTINEZ |

STATE OF OREGON     )
                    ) ss.
County of Lane      )

I, Dr. Charles Martinez, declare as follows:

1.     I am Vice Provost for Institutional Equity and Diversity at the University of

Oregon.  I have held this position July 2005.

2.     I am a Latino male.

Page 1 -   AFFIDAVIT OF DR. CHARLES MARTINEZ
         AS/as1/Affidavit 8-08 Martinez – TRIU3354

3.     As Vice Provost for Institutional Equity and Diversity, I am responsible for the following university-wide matters concerning diversity:  1) working with university officials to improve the workplace experiences of ethnic and racial minority employees; 2) leading the implementation of the University of Oregon's Diversity Plan; 3) acting as a consultant on multicultural concerns and overseeing various committees, task forces and groups focusing on diversity; 4) initiating and assisting in university-wide projects and programs aimed at increasing the pool of qualified ethnic and racial minority scholars; 5) acting as the representative of the University in campus and community diversity-related matters with the authority and responsibility to promote the advancement of multicultural and diversity-related issues on campus; and 6) serving as a resource and support person for affirmative action and human resource operations to help insure that the university is an equal-opportunity employer.

4.     As mentioned above, my office is responsible for the implementation of the University's Diversity Plan.  The Diversity Plan is a critical element of the University's effort to promote cultural diversity on campus.  It sets forth directions to each and every school, college and administrative unit within the University of Oregon relative to achieving the University's goal of maintaining a culturally and ethnically diverse workforce and student body and promoting a campus culture that is inclusive and welcoming.

5.     I was appointed to serve as Interim Vice Provost for Institutional Equity and Diversity in July 2005.

6.     At the time I began work as Interim Vice Provost for Institutional Equity and Diversity, a first draft of the University of Oregon's Diversity Plan had been formulated and circulated to the faculty and campus community.

7.     At that time, the first draft of the Diversity Plan had drawn considerable criticism from across the political spectrum on campus, and the process of creating and adopting a comprehensive diversity plan was in jeopardy of failing.  Such a failure would have been a serious set back for the University's goals of promoting diversity on campus.

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

8.      Over the course of approximately the next ten months I worked with the campus community to reach a broad consensus regarding the formulation of a diversity plan.  As a result of my work, and the work of others involved in the process, a Diversity Plan was finalized and adopted by the president and University Senate in May 2006.

9.      Meanwhile the administration of the University contacted me about appointing me to the post of Vice Provost for Institutional Equity and Diversity permanently.  I agreed that I would consider the permanent position provided that the campus community and public in general were allowed sufficient opportunity to voice their concerns or provide input on my potential appointment.  I believed that it was important to have broad campus and external community support for the work I was undertaking as Vice Provost for Institutional Equity and Diversity, and I did not want to take that position permanently if that support was lacking.

10.     The University then provided notice of my potential appointment and multiple forums were held in which faculty, staff, students, and external community members  were invited to meet me, hear my ideas and vision for diversity efforts at the University, question me regarding my work, and provide feedback to the Provost concerning my candidacy for the appointment.

>

>

>

>

>

>

>

>

Page 3 -   AFFIDAVIT OF DR. CHARLES MARTINEZ
           AS/as1/Affidavit 8-08 Martinez – TRIU3354

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

11.     At the end of this process the University offered me the regular position of Vice Provost for Institutional Equity and Diversity, and I accepted the appointment. I have served continuously in this position since that time.

FURTHER AFFIANT SAITH NOT

DATED this __2__ day of August, 2008.

DR. CHARLES MARTINEZ

STATE OF OREGON
COUNTY OF LANE

SUBSCRIBED AND SWORN to before me this __2__ day of August, 2008, by Charles Martinez.

Notary Public for Oregon
My Commission Expires: 12 | 6 | 2011

OFFICIAL SEAL
BRIAN WHALEN
NOTARY PUBLIC-OREGON
COMMISSION NO. 424025
MY COMMISSION EXPIRES DEC. 6, 2011

Page 4 -   AFFIDAVIT OF DR. CHARLES MARTINEZ
AS/as1/Affidavit 8-08 Martinez – TRIU3354

## CERTIFICATE OF SERVICE

I certify that on August 4, 2008, I served the foregoing AFFIDAVIT OF DR.

CHARLES MARTINEZ upon the parties hereto by the method indicated below, and addressed

to the following:

Suzanne Bradley Chanti
Chanti & Middleton, P.C.
245 East 4th Avenue
Eugene, OR 97401 97405
  Of Attorneys for Plaintiff

  ___ HAND DELIVERY
  ___ MAIL DELIVERY
  ___ OVERNIGHT MAIL
  ___ TELECOPY (FAX)
  ___ E-MAIL schanti@chantilaw.com
  ✓ E-FILE


AARON SPRAGUE #06228
Assistant Attorney General
ELIZABETH K. BONUCCI #06322
Assistant Attorney General
Trial Attorneys
Of Attorneys for Defendants
1162 Court Street NE
Salem, OR 97301-4096
Telephone:  (503) 947-4700

Page 1 -   CERTIFICATE OF SERVICE
    AS/cbh/TRIA3078